IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD. AND H. LUNDBECK A/S,<br><br>        Plaintiffs,<br><br>    v.<br><br>PRINSTON PHARMACEUTICAL INC.,<br><br>        Defendant. | Civil Action No. 1:19-cv-01956-LPS |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
OF SHASHANK UPADHYE, YIXIN TANG, AND BRENT BATZER**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Shashank Upadhye, Yixin Tang, and Brent Batzer of the law firm Upadhye Cwik LLP in Chicago, Illinois, to represent Prinston Pharmaceutical Inc. in this matter.

*Of Counsel:*

Shashank Upadhye (*pro hac vice*)
Yixin Tang (*pro hac vice*)
Brent Batzer (*pro hac vice*)
**UPADHYE CWIK LLP**
135 S. LaSalle St., Suite 1930
Chicago, IL 60606
Tel: 312.598.2610
shashank@ipfdalaw.com
yixin@ipfdalaw.com
brent@ipfdalaw.com

Dated: April 15, 2020

Respectfully submitted,

STAMOULIS & WEINBLATT, LLP

 */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Defendant*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Shashank Upadhye, Yixin Tang, and Brent Batzer of the law firm Upadhye Cwik LLP is GRANTED.

Dated: _____          _____
                                                                                    United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE* OF SHASHANK UPADHYE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be paid upon filing of this Motion to the Clerk's Office.

Shashank Upadhye
UPADHYE CWIK LLP
135 S. LaSalle St., Suite 1930
Chicago, IL 60606
Tel: 312.598.2610
shashank@ipfdalaw.com

Dated: April 15, 2020

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE* OF YIXIN TANG

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be paid upon filing of this Motion to the Clerk's Office.

Yixin Tang
UPADHYE CWIK LLP
135 S. LaSalle St., Suite 1930
Chicago, IL 60606
Tel: 312.598.2610 yixin@ipfdalaw.com

Dated: April 10, 2020

ME1 27871028v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE* OF BRENT BATZER

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be paid upon filing of this Motion to the Clerk's Office.

Brent Batzer
UPADHYE CWIK LLP
135 South LaSalle Street, Suite 1930
Chicago, IL 60603
Telephone: (312) 598-2612
brent@ipfdalaw.com

Dated: April 10, 2020

ME1 27871028v.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

        */s/Stamatios Stamoulis*
        Stamatios Stamoulis (#4606)