IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD. and H. LUNDBECK A/S,<br><br>               Plaintiffs,<br><br>     v.<br><br>PRINSTON PHARMACEUTICAL INC.,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 19-1956-LPS<br>)<br>)<br>)<br>)<br>) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which Plaintiffs' answering brief is due in response to Defendant Prinston Pharmaceutical, Inc.'s Motion for Judgment on the Pleadings Pursuant to FRCP 12(c) (D.I. 15) is extended through and including July 27, 2020.

| ASHBY & GEDDES | STAMOULIS & WEINBLATT LLC |
|---|---|
| */s/ Steven J. Balick* | */s/ Stamatios Stamoulis* |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Plaintiffs* | Stamatios Stamoulis (#4606)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540 – Ext.1<br>stamoulis@swdelaw.com<br><br>*Attorneys for Defendant* |

        SO ORDERED this _____ day of _____, 2020.

_____
Chief Judge

{01587427;v1 }