IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD AND H. LUNDBECK A/S,<br><br>        Plaintiffs,<br><br>v.<br><br>PRINSTON PHARMACEUTICAL INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:19-cv-01956-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S NOTICE OF SERVICE

I hereby certify that on July 24, 2020, a true and accurate copy of Defendant Prinston Pharmaceutical Inc.'s Initial Disclosures Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery and Defendant Prinston Pharmaceutical, Inc.'s Initial Disclosures Pursuant to Rule 26(a)(1) were served in the manner indicated on the parties identified below:

<u>Via Email</u>
Steven J. Balick
Andrew Colin Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delware 19801
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

<u>Via Email</u>
Douglas W. Cheek
Erin M. Sommers
901 New York Avenue, NW
Washington, DC 20001-4413
douglas.cheek@finnegan.com
erin.sommers@finnegan.com

July 24, 2020                           STAMOULIS & WEINBLATT LLC

                                            /s/ Stamatios Stamoulis
                                            Stamatios Stamoulis (#4606)
                                            800 N. West Street, Third Floor
                                            Wilmington, DE 19801
                                            (302) 999-1540
                                            stamoulis@swdelaw.com

                                            Shashank Upadhye (*pro hac vice*)
                                            Yixin Tang (*pro hac vice*)
                                            Brent Batzer (*pro hac vice*)
                                            **UPADHYE CWIK LLP**
                                            135 S. LaSalle St., Suite 1930
                                            Chicago, IL 60606
                                            Tel: 312-598-2610
                                            shashank@ipfdalaw.com

                                            *Attorneys for Defendant*
                                            *Prinston Pharmaceutical Inc.*


## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.


                                            */s/Stamatios Stamoulis*
                                            Stamatios Stamoulis (#4606)