IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD AND H. LUNDBECK A/S, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:19-cv-01956-LPS ) ) |
| PRINSTON PHARMACEUTICAL INC. | ) ) ) |
| Defendant. | ) ) ) |

**JOINT STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by Plaintiffs Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S and Defendant Prinston Pharmaceutical Inc. that the deadline for Defendant Prinston Pharmaceutical Inc. to file its Reply in Support of its Motion for Judgment on the Pleadings Pusuant to FRCP 12(c) [D.I. No. 15] is extended up to and including August 10, 2020.

July 29, 2020

| | |
|---|---|
| ASHBY & GEDDES | STAMOULIS & WEINBLATT LLC |
| */s/ Steven J. Balick* | */s/ Stamatios Stamoulis* |
| Steven J. Balick (#2114) | Stamatios Stamoulis (#4606) |
| Andrew C. Mayo (#5207) | 800 N. West Street, Third Floor |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE 19801 |
| P.O. Box 1150 | (302) 999-1540 |
| Wilmington, Delaware 19899 | stamoulis@swdelaw.com |
| (302) 654-1888 | |
| sbalick@ashbygeddes.com | Shashank Upadhye (*pro hac vice)* |
| amayo@ashbygeddes.com | Yixin Tang (*pro hac vice*) |
| | Brent Batzer (*pro hac vice*) |
| *Attorneys for Plaintiffs* | **UPADHYE CWIK LLP** |
| | 135 S. LaSalle St., Suite 1930 |
| | Chicago, IL 60606 |
| | Tel: 312-598-2610 |
| | shashank@ipfdalaw.com |

1

*Attorneys for Defendant*
*Prinston Pharmaceutical Inc.*

SO ORDERED this _____ day of _____, 2020.

_____
Chief Judge

### CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (#4606)

2