# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD.<br>AND H. LUNDBECK A/S,<br><br>        Plaintiffs,<br><br>        v.<br><br>PRINSTON PHARMACEUTICAL INC.,<br><br>        Defendant. | )<br>)<br>)  **REDACTED – PUBLIC VERSION**<br>)<br>)  C.A. No. 19-1956-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF DOUGLAS W. CHEEK IN SUPPORT OF PLAINTIFFS'
SUR-REPLY BRIEF IN OPPOSITION TO PRINSTON PHARMACEUTICAL, INC.'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

I, Douglas W. Cheek, declare as follows:

1. I am an attorney at Finnegan, Henderson, Farabow, Garrett & Dunner LLP, counsel for Plaintiffs Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S in this matter. I am licensed to practice in the District of Columbia and before the United States Patent and Trademark Office. I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit 1 is a copy of portions of Sections 2.3.P and 3.2.P.2, titled "Quality Overall Summary – Drug Product" and "Pharmaceutical Development," respectively, from Abbreviated New Drug Application ("ANDA") No. 213587.[1]

I declare to the best of my knowledge that the foregoing is true and correct.

Dated: Sept. 21, 2020                    /s/ Douglas W. Cheek

                                         Douglas W. Cheek
                                         FINNEGAN, HENDERSON,
                                         FARABOW, GARRETT &
                                         DUNNER, LLP
                                         901 New York Ave., NW
                                         Washington, DC 20001
                                         (202) 408-4000
                                         douglas.cheek@finnegan.com

---

[1] Plaintiffs do not concede and expressly reserve their right to seek discovery as to the authenticity of the produced documents, including ANDA No. 213587.

# Exhibit 1