#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD AND H. LUNDBECK A/S, <br><br> Plaintiffs, <br><br> v. <br><br> PRINSTON PHARMACEUTICAL INC. <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 1:19-cv-01956-LPS ) ) ) ) ) ) ) |

### **NOTICE OF CHANGE OF FIRM NAME**

Stamatios Stamoulis files this notice of change of firm name for co-counsel from Upadhye Cwik LLP to Upadhye Tang LLP.  Co-counsel's address, phone number, fax number, and email addresses remain unchanged.

October 7, 2020

STAMOULIS & WEINBLATT LLC

 */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

Shashank Upadhye (*pro hac vice)*
Yixin Tang (*pro hac vice*)
Brent Batzer (*pro hac vice*)
**UPADHYE TANG LLP**
135 S. LaSalle St., Suite 1930
Chicago, IL 60606
Tel: 312-598-2610
shashank@ipfdalaw.com

*Attorneys for Defendant*
*Prinston Pharmaceutical Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
